# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURIE KLINE,** | Case No. CV11-08994 SVW (SSx) |
| Plaintiff, | **ORDER** |
| vs. | JS-6 |
| **PORTFOLIO RECOVERY ASSOCIATES , INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 20th day of March, 2012.

_____
The Honorable Stephen V. Wilson